UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CRANDALL,

        Plaintiff(s),                        No. C 12-5246 PJH

    v.                                     **ORDER OF DISMISSAL**

JUDITH WILLIAMS,

        Defendant(s).
_____/

      The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within ninety (90) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of ninety (90) days, the dismissal shall be **with** prejudice.

      IT IS SO ORDERED.

Dated: January 22, 2013

                                                    _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge